

# Personal Financial Statement

Statement of Financial Condition As of 10/27/22

| Applicants First Name: Barbara | | Applicants Last Name: Safdieh | |
|---|---|---|---|
| Home Address: | | | |
| City: | State: | | Zip: |
| Business Phone: | Cell Phone: | | Email: |
| Driver's License #: | State Issued: | | SS#: |

| ASSETS | AMOUNT(S) | LIABILITIES & NET WORTH | AMOUNT(S) |
|---|---|---|---|
| Cash in Bank (including money market accounts, CDs) | 495,000 | Notes Payable to Bank | |
| | | Secured | |
| Cash in Other Financial Institutions (including money market accounts, CDs) | | Unsecured | |
| | | Notes Payable to Others (Schedule F) | |
| | | Secured | |
| | | Unsecured | |
| | | Credit Cards & Accounts Payable | |
| | | Margin Accounts | |
| Readily Marketable Securities (Schedule A) | | Notes Due to Privately Owned Businesses | |
| Non-Readily Marketable Securities (Schedule A) | | Taxes Payable | |
| Ownership in Privately Owned Business (Schedule B) | | Personal Residential Mortgages (Schedule D) | |
| Notes Receivable from Business | | Investment Real Estate Debt (Schedule E) | |
| Notes Receivable from Others | | Life Insurance Loans (Schedule C) | |
| Net Cash Surrender Value of Life Insurance (Schedule C) | | Other Liabilities (List): | |
| Real Estate for Personal Use (Schedule D) | | | |
| Real Estate Investments (Schedule E) | 53,985,000 | | |
| Retirement Accounts (IRA, Keogh, Profit Sharing & Other) | | | |
| Automobile | | | |
| | | Total Liabilities: | 16,390,000 |
| Other Assets (List): | | Net Worth (Total Assets minus Total Liabilities) | |
| Total Assets | 54,480,000.00 | Total Liabilities & Net Worth | |

1325 Avenue of the Americas, 28th Floor, New York, New York 10019
www.towerfundcapital.com  lend@towerfundcapital.com


TOWER FUND CAPITAL

| SOURCES OF INCOME | | CONTINGENT LIABILITIES | |
|---|---|---|---|
| Salary | 850,000 | As Guarantor, Endorser, or Co-maker | |
| Bonus & Commissions | | On Leases or Contracts | |
| Interest & Dividends | | Legal Claims | |
| Real Estate Income | 850,000 | Provisions for Federal Income Taxes | |
| You need not disclose alimony, child support or separate maintenance income unless you wish the Bank to consider them in a credit decision. | | Other Special Debt | |
| Other Income (please itemize) | | | |
| | | | |
| Total Income | 850,000 | Total Contingent Liabilities | |

| GENERAL INFORMATION | PERSONAL INFORMATION |
|---|---|
| Are any assets pledged?   (If yes, please list in schedule below) | Business or Employer: |
| Are you a defendant in any suits or legal actions? | |
| US Citizen?   If no, Resident Alien Number: | Date of Birth: |
| Personal bank accounts carried at (name of financial institution): | |
| | Partner or officer in any other venture? |
| Have you or any business you have owned ever declared bankruptcy? If yes, please explain on additional sheet. | Do you have a will? |
| | If so, name of the executor: |

| SCHEDULE OF ASSETS PLEDGED | | |
|---|---|---|
| Description | Value | To Whom Pledged |
| | | |
| | | |

### SCHEDULE A – ALL SECURITIES INCLUDING NON-MONEY MARKET MUTUAL FUNDS (use additional sheet if necessary)

| NO. OF SHARES OF BOND FACE VALUE | DESCRIPTION | OWNER(S) | WHERE HELD | CURRENT MARKET VALUE | PLEDGED YES | NO |
|---|---|---|---|---|---|---|

READILY MARKETABLE SECURITIES (Including Stocks, Bonds, Mutual Funds, US Governments, and Municipals)

| N/A | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

NON-READILY MARKETABLE SECURITIES (Thinly traded or restricted stock)

| N/A | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |



## SCHEDULE B – OWNERSHIP IN PRIVATELY HELD BUSINESSES *(Use additional sheet if necessary)*

| BUSINESS NAME | NATURE OF BUSINESS | DATE OF INVESTMENT | ORIGINAL INVESTMENT COST | % OF OWNERSHIP | PRESENT VALUE OF YOUR INVESTMENT |
|---|---|---|---|---|---|
| John Sullivan Holdings LLC | | | | | |
| | | | | | |
| | | | | | |

## SCHEDULE C - LIFE INSURANCE *((Use additional sheet if necessary)*

| INSURNCE COMPANY | FACE AMOUNT OF POLICY | TYPE OF POLICY | BENEFICIARY | CASH SURRENDER VALUE | POLICY LOANS | OWNERSHIP | PLEDGED YES | NO |
|---|---|---|---|---|---|---|---|---|
| — | | | | | | | | |
| | | | | | | | | |

## SCHEDULE D - REAL ESTATE FOR PERSONAL USE *(Use additional sheet if necessary)*

| PROPERTY ADDRESS | LEGAL OWNER | PURCHASE YEAR | PRICE | MARKET VALUE | PRESENT LOAN BALANCE | INTEREST RATE | MATURITY DATE | MONTHLY PAYMENT | LENDER |
|---|---|---|---|---|---|---|---|---|---|
| — | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## SCHEDULE E - REAL ESTATE INVESTMENTS (MAJORITY OWNDERSHIP ONLY) *(Use additional sheet if necessary)*

| PROPERTY ADDRESS | LEGAL OWNER | PURCHASE YEAR | PRICE | MARKET VALUE | PRESENT LOAN BALANCE | INTEREST RATE | MATURITY DATE | MONTHLY PAYMENT | LENDER |
|---|---|---|---|---|---|---|---|---|---|
| — | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## SCHEDULE F – NOTES PAYABLE

| TYPE | ORIGINAL AMOUNT | PRESENT LOAN BALANCE | SECURED YES | NO | COLLATERAL | INTEREST RATE | MATURITY DATE | MONTHLY PAYMENT | LENDER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



## SCHEDULE G – BANK ACCOUNTS (ANY ACCOUNTS WHERE YOU ARE A SIGNOR) *(Use additional sheet if necessary)*

| BANK NAME | ACCOUNT HOLDER NAME | CHECKING | SAVINGS | ACCOUNT # |
|---|---|---|---|---|
| Bank of America | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## REPRESENTATIONS AND WARRANTIES

The information contained in this statement is provided to induce Tower Fund Capital LLC to extend or to continue the extension of credit to the undersigned or to others upon the guarantee of the undersigned. The undersigned acknowledge and understand that the Tower Fund Capital LLC is relying on the information provided herein in deciding to grant or to continue to grant credit or to accept a guarantee thereof. Each of the undersigned represents, warrants, and certifies that the information provided herein is true, correct, and complete. Each of the undersigned agrees to notify the Tower Fund Capital LLC immediately and in writing of any change in name, address or employment and of any material adverse change (1) in any of the information contained in this statement or (2) in the financial condition of any of the undersigned or (3) in the ability of any of the undersigned to perform their obligations to the Tower Fund Capital LLC. In the absence of such notice or a new and full written statement, this should be considered as a continuing statement and substantially correct. If the undersigned fail to notify the Tower Fund Capital LLC as required above, or if any of the information herein should prove to be inaccurate or incomplete in any material respect, the Tower Fund Capital LLC may declare the indebtedness of the undersigned or the indebtedness guaranteed by the undersigned, as the case may be, immediately due and payable. Tower Fund Capital LLC is authorized to make all inquiries it deems necessary to verify the accuracy of the information contained herein and to determine the creditworthiness of the undersigned. Each of the undersigned authorizes Tower Fund Capital LLC to answer questions about the Tower Fund Capital LLC's credit experience with the undersigned. As long as any obligation or guarantee of the undersigned to Tower Fund Capital LLC is outstanding, the undersigned shall supply annually an updated personal financial statement. This personal financial statement and any other financial or other information that the undersigned gives Bank shall become the property of the Tower Fund Capital LLC.

The undersigned authorize any person or consumer reporting agency to give Tower Fund Capital LLC a copy of the undersigned's credit report and any other financing information it may have on the undersigned and to prepare at Tower Fund Capital LLC's request, a consumer investigative report.

| Signature: | X *[signature]* | Date: X 10/27/22 | Social Security Number: |
|---|---|---|---|
| Signature: | *[signature]* | Date: 10/27/22 | Social Security Number: |

1325 Avenue of the Americas, 28th Floor, New York, New York 10019
www.towerfundcapital.com  lend@towerfundcapital.com



# Borrower REO Experience

## GENERAL INFORMATION

| | | | | |
|---|---|---|---|---|
| Borrower First Name: | Barbara | Borrower Last Name: | Safdieh | |
| Borrower Home Address: | 2003 E 5 Street | | | |
| City: | Bkn | State: | NY | Zip: 07723 |
| Cell Phone #: | (917) 301-2179 | Email: | | Date: 10/27/22 |

## REAL ESTATE INVESTMENTS EXPERIENCE SCHEDULE

| | | | | |
|---|---|---|---|---|
| Property Address: | 109 Jerome Ave | | | |
| City: | Deal | State: NJ | Zip: 07723 | |
| Property Type: | SFR | Date Acquired: | Purchase Price: | |
| % Owned: | 100 % | Date Sold: | Sold Price: | |
| Lender Entity: | | | Original Loan Amount: | 5,040,000 |
| Months Owned: | | Profit/Loss: | Existing Loan Amount: | |

| | | | | |
|---|---|---|---|---|
| Property Address: | 58 Ocean Avenue | | | |
| City: | Deal | State: NJ | Zip: 07723 | |
| Property Type: | SFR | Date Acquired: | Purchase Price: | |
| % Owned: | 100 % | Date Sold: | Sold Price: | |
| Lender Entity: | | | Original Loan Amount: | 3,800,000 |
| Months Owned: | | Profit/Loss: | Existing Loan Amount: | |

| | | | | |
|---|---|---|---|---|
| Property Address: | 2003 East 5 Street | | | |
| City: | Brooklyn | State: NY | Zip: 11223 | |
| Property Type: | | Date Acquired: | Purchase Price: | |
| % Owned: | 100 % | Date Sold: | Sold Price: | |
| Lender Entity: | | | Original Loan Amount: | 2,900,000 |
| Months Owned: | | Profit/Loss: | Existing Loan Amount: | |

| | | | | |
|---|---|---|---|---|
| Property Address: | 2031 E 5 Street | | | |
| City: | Brooklyn | State: NY | Zip: 11223 | |
| Property Type: | SFR | Date Acquired: | Purchase Price: | |
| % Owned: | 100 % | Date Sold: | Sold Price: | |
| Lender Entity: | | | Original Loan Amount: | 2,200,000 |
| Months Owned: | | Profit/Loss: | Existing Loan Amount: | |

| | | | | |
|---|---|---|---|---|
| Property Address: | 64 Fifth Ave | | | |
| City: | New York | State: NY | Zip: 10022 | |
| Property Type: | SFR | Date Acquired: | Purchase Price: | |
| % Owned: | 100 % | Date Sold: | Sold Price: | |
| Lender Entity: | | | Original Loan Amount: | 500,000 |
| Months Owned: | | Profit/Loss: | Existing Loan Amount: | |

The undersigned acknowledges and confirms that the above statements are true at the time of submission.

Signature: [signed] 10/27/22

* Please duplicate this form for additional REOs that doe not fit on this page *

1325 Avenue of the Americas, 28th Floor, New York, New York 10019
www.towerfundcapital.com  lend@towerfundcapital.com